# CERTIFICATION

RE:    Brian S. Gould
         S05672
         17-1084-SMY

I, _____, hereby certify that
     (Name and Title of Authorized Officer - please print)

Brian S. Gould currently has the sum of $_____ on account at Graham Correctional Center..

_____
Signature of Authorized Officer

Dated: _____

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201

PS-17
Rev. 11/13